PROB 18
(REV 1/10/94)

# UNITED STATES DISTRICT COURT
## FOR
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division

06-502-M-01

DOCKET NO.: 5:03-CR-25-1

**FILED**

U.S.A. vs. Quentin Smith

TO: 'U.S. MARSHAL OR OTHER QUALIFIED OFFICER

DEC 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WARRANT FOR ARREST

You are hereby commanded to arrest the within-named individual and bring them, forthwith, before United States District Court to answer charges that they have violated the conditions of their supervision imposed by the court.

| NAME: | SEX | RACE | AGE |
|---|---|---|---|
| Quentin Smith | Male | Black | 55 |

SUPERVISION IMPOSED BY:

Honorable Terrence W. Boyle, U.S. District Judge

DATE IMPOSED

TO BE BROUGHT BEFORE:

Honorable Terrence W. Boyle, U.S. District Judge

ACTING CLERK

Michael D. Brooks

(BY) DEPUTY CLERK: [signature] Carpenter

DATE: 11/28/06

---

## RETURN

WARRANT RECEIVED AND EXECUTED

DATE RECEIVED: 12/08/06

DATE EXECUTED: 12/08/06

EXECUTING AGENCY (NAME AND ADDRESS)

NAME: [signature] BY

DUSM BRAD LAW

DATE: 12/08/06

'Insert designation of officer to whom the warrant is issued, e.g. " any United States Marshal or any other authorized officer;" or "any United States marshal;" or "any Special Agent of the Federal Bureau of Investigation" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit".

06-502-M-01



# UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF NORTH CAROLINA

Robert G. Singleton
Chief U.S. Probation Officer

REPLY TO:1760 Parkwood Blvd., Room 201
Wilson, NC 27893-3564
252-237-7489 ext 23
Fax: (252) 237-1871

November 27, 2006

United States Marshal
Eastern District of North Carolina
310 New Bern Ave., Suite 550
Raleigh NC 27601

**FILED**

**DEC 0 8 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    RE:    Smith, Quentin
            Case No.: 5:03CR25-1-BO

Dear Sir:

We are enclosing a Warrant, Notice of Motion for Revocation, and Personal History of Absconder form for the arrest of the above-captioned defendant who was convicted of Escape from Custody of Authorized Representative of the U.S. Attorney General. Upon arrest, please deliver the Notice of Motion for Revocation to Smith.

The Personal History of Absconder information is provided to assist in apprehension; however, if you are unable to locate the offender, we request that you enter information regarding the issuance of this warrant in NCIC.

**Please be advised that Smith is also on parole for a 1979 conviction in Washington, D.C. Superior Court, for Armed Robbery, Armed Burglary, and Rape While Armed. A parole violator's warrant should be forthcoming.**

If we can provide additional information, please do not hesitate to contact us at 252-237-7489 ext 23.

Sincerely,

Bentley H. Massey
Senior U.S. Probation Officer

Enclosures

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO 5:03-CR-25-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Notice Of Motion |
| | ) | |
| QUENTIN SMITH | ) | |

Please take notice that the Supervising U.S. Probation Officer of the United States District Court for the Eastern District of North Carolina will move this Court for an order revoking your supervision on the grounds that you have violated the conditions of supervision in the above-entitled action in the particulars indicated below.

1. Criminal conduct. (Possession of Cocaine and Possession of Open Container of Alcohol).
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
3. Leaving the judicial district without the permission of the court or probation officer.

Date: November 28, 2006

Bentley H. Massey
Senior U.S. Probation Officer

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Docket No. 5:03-CR-25-1BO
WESTERN DIVISION



FILED
NOV 28 2006
US DISTRICT COURT, EDNC
BY_____ DEP. CLK

| | | |
|---|---|---|
| United States Of America | ) | |
| | ) | |
| vs. | ) | MOTION FOR REVOCATION |
| | ) | |
| Quentin Smith | ) | |

Quentin Smith appeared before the Honorable Terrence W. Boyle, U.S. District Judge, on August 28, 2003, and pursuant to an earlier plea of guilty to Escape from Custody of Authorized Representative of the U.S. Attorney General, was sentenced to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. The court ordered that the defendant abide by the standard conditions of supervision including: not to engage in any criminal activity, notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer and not leave the judicial district without the permission of the court or probation officer. The court imposed the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Smith was released from custody on February 16, 2005, at which time the term of supervised release commenced. During the term of supervised release, the following violations have been noted:

Violation 1 -   Criminal conduct.

On November 15, 2006, officers with the Washington D.C. Metropolitan Police Department charged Smith with Possession of a Controlled Substance (Cocaine) and Possession of Open Container of Alcohol. Smith was released on personal recognizance and is scheduled to appear in Washington D.C. Superior Court on December 19, 2006.

Violation 2 -   Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

Smith failed to notify the probation officer of the November 15, 2006, arrest in Washington D.C., for Possession of Controlled Substance (Cocaine) and Possession of Open Container of Alcohol. This arrest was discovered by the probation officer on November 22, 2006, via routine criminal records check.

Quentin Smith
Docket No. 5:03-CR-25-1
Motion For Revocation
Page 2

Violation 3 -  <u>Leaving the judicial district without the permission of the court or probation officer.</u>

On November 15, 2005, Smith was outside the Eastern District of North Carolina without written or verbal permission of the probation officer.

In view thereof, we respectfully show the court that Quentin Smith has violated the terms and conditions of the judgment originally imposed in this case as outlined above.

This the 27th day of November, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Bentley H. Massey
Senior U.S. Probation Officer
Executed On:  November 27, 2006